**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1597

JIHBIN HWANG,

Plaintiff - Appellant,

versus

CITY OF GREENBELT; ERNEST JOHNSON; GREENBRIER
CONDOMINIUM ASSOCIATION; JOHN DOE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge. (CA-
99-3825-PJM)

Submitted:  August 30, 2000       Decided:  September 6, 2000

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jihbin Hwang, Appellant Pro Se. Daniel Karp, Michelle Lee Seidleck,
ALLEN, JOHNSON, ALEXANDER & KARP, Baltimore, Maryland; Rhonda Lee
Weaver, Upper Marlboro, Maryland; William John Hickey, Thomas
Collier Mugavero, MONTEDONICO, HAMILTON & ALTMAN, Chevy Chase,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jihbin Hwang appeals the district court's order denying relief on his civil complaint.[1] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Hwang v. City of Greenbelt</u>, No. CA-99-3825-PJM (D. Md. Apr. 28, 2000).[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[1] We have considered only Hwang's 42 U.S.C.A. § 1983 (West Supp. 1999) claim because that is the only issue Hwang raised in his informal brief. <u>See</u> 4th Circuit Local Rule 34(b).

[2] Although the district court's order is marked as "filed" on April 27, 2000, the district court's records show that it was entered on the docket sheet on April 28, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).